UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:89-Cr-4-T-17TGW

ROBERT EARL LEE

**ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Robert Earl Lee, to time served, and commencement of a ten-year term of supervised release previously imposed. The court finds:

1. On March 2, 1990, Robert Earl Lee was found guilty by a jury of violating 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine (one count) and 21 U.S.C. § 841 (a) (1), Distribution of 50 Grams or More of Cocaine Base (eight counts).

2. On May 3, 1990, the Honorable Elizabeth A. Kovachevich of the United States District Court for the Middle District of Florida sentenced Mr. Lee to life imprisonment with a ten-year term of supervised release.

3. Mr. Lee, age 75, suffers from metastatic hepatic cancer with metastasis to the liver and infiltration of the colon. Due to the widespread nature of the cancer, he is not a surgical candidate and is receiving palliative care. His condition has been deemed terminal with a life expectancy of weeks.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the Defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the ten-year term of supervised release previously imposed.

DONE AND ORDERED this __20th__ day of June 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE